# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICOLE BROWN, AN INDIVIDUAL,
Appellant,
vs.
ERIC DOBBERSTEIN, PLLC, A
NEVADA PROFESSIONAL LIMITED
LIABILITY COMPANY, D/B/A
DOBBERSTEIN LAW GROUP,
Respondent.

No. 82262

FILED

JAN 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a default judgment. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notice of entry of the judgment. *See* NRAP 4(a)(1); NRAP 26(c). The default judgment was entered on September 15, 2020, with written notice of entry filed and served on that same day. The notice of appeal was not filed until December 22, 2020, well after the expiration of the 30 days provided by NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court.

To the extent appellant intends to appeal from the December 14, 2020, order entered pursuant to the December 8, 2020, hearing, the order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court order permits an appeal from an order

denying a "Motion for Judge to Review Documents and Facts & Evidence," a "Motion Regarding Damages," or a "Motion for Documents for Case." This court lacks jurisdiction over this appeal and ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 19
Nicole Brown
Dobberstein Law Group
Eighth District Court Clerk